1

2

3

4

5

6

7

8                                    IN THE UNITED STATES DISTRICT COURT

9                                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   HURVIS FRANKLIN,                              1:12-cv-01542-MJS (PC)

12              Plaintiff,                         ORDER TO SUBMIT APPLICATION
                                                   TO PROCEED IN FORMA PAUPERIS
13        v.                                       OR PAY FILING FEE WITHIN 45 DAYS

14   CALIFORNIA DEPARTMENT OF
     CORRECTIONS & REHABILITATION, et
15   al.,

16              Defendants.
     _____/
17

18        Plaintiff Hurvis Franklin ("Plaintiff") is a state prisoner proceeding pro se in a civil rights

19   action pursuant to 42 U.S.C. § 1983.  Plaintiff has not paid the $350.00 filing fee, or submitted

20   an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

21        Accordingly, IT IS HEREBY ORDERED that:

22        Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the

23   attached application to proceed in forma pauperis, completed and signed, or in the alternative,

24   pay the $350.00 filing fee for this action.  **No requests for extension will be granted without**

25   **a showing of good cause**.  Within sixty (60) days of the date of service of this order, Plaintiff

26   shall submit a certified copy of his/her prison trust statement for the six month period

27   immediately preceding the filing of the Complaint.

28   /////

                                              -1-

1    **Failure to comply with this order will result in dismissal of this action.**

2

3    IT IS SO ORDERED.

4    Dated:    September 27, 2012         /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28